SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4c
Oakland, California 94610
Telephone 510/832-3555

Attorney for Petitioner
TARAY T. MORRIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAY T. MORRIS, ) | Case No.: C 06-7409 |
| ) | |
| Petitioner, ) | JOINT REQUEST |
| ) | TO MODIFY BRIEFING |
| vs. ) | SCHEDULE AND |
| ) | PROPOSED ORDER |
| TONY MALFI, Warden, et al. ) | |
| ) | |
| Respondent. ) | |
| _____ ) | Judge: Hon. Susan Illston |

At the July 27, 2007 Case Management Conference, this Court adopted the briefing schedule proposed by the parties for the filing of the First Amended §2254 Petition and respondent's motions or Answer. According to that schedule, petitioner's amended petition is due October 15, 2007. It was expected that respondent's counsel would be back from vacation on that date and able to begin work on his responsive brief.

Unfortunately, counsel for petitioner has been unable to complete the amended petition in the allotted time due to a combination of factors, including her extensive work on multiple briefs in another habeas case before Judge Whyte in San Jose (United States v. Shirley, Cv 04-03340 RMW), as well as a time-consuming, fact-intensive, and lengthy opening brief in a federal appeal (Mejia v. Adams, No. 06-16460), and multiple other projects in criminal cases that have left her with insufficient time to complete the

1

amended petition on time. Moreover, respondent's counsel, Deputy Attorney General Michael O'Reilley, has had to modify his work schedule to accommodate attendance at two training seminars, such that he will not be back at work full-time until Friday, October 26, 2007, and would not be able to begin working on respondent's motions and/or Answer until that the following Monday. Counsel for petitioner seeks an extension allowing her those extra two weeks before Mr. O'Reilley could work on his response. In light of Mr. O'Reilley's trial schedule and the holidays, he will also require an adjustment of the briefing schedule to allow him sufficient time to complete his responsive briefing herein. It is requested that his due date be extended until after the December holidays.

Therefore, both counsel jointly request this Court to modify the briefing schedule as follows, and to direct the parties to confer with the Court's deputy clerk to select a mutually convenient date for a Case Management Conference in January or February 2008.

| | |
|---|---|
| October 29, 2007 | Petitioner file amended petition |
| January 11, 2008 | Respondent file Answer and any motions to dismiss |
| TBD Early 2008 | Case Management Conference |

The parties stipulate to the above proposed schedule. Mr. Morris remains incarcerated at California State Prison at Sacramento serving multiple life sentences.

Respectfully submitted,

DATED: October 11, 2007 /S/ Suzanne A. Luban/
SUZANNE A. LUBAN
Counsel for Petitioner Taray T. Morris

DATED: October 11, 2007 /S/ Michael O'Reilley
MICHAEL O'REILLEY
Deputy Attorney General
Counsel for Respondent

2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAY T. MORRIS ) | Case No.: C 06-7409 |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | PROPOSED ORDER |
| TONY MALFI, Warden, et al. ) | |
| ) | |
| Respondent. ) | |
| _____ ) | Judge: Hon. Susan Illston |

For Good Cause Shown, IT IS HEREBY ORDERED that the previously set briefing schedule is hereby vacated. Petitioner shall file the First Amended Petition by October 29, 2007, respondent file an Answer and any motions to dismiss by January 11, 2008, and both counsel shall confer with the Court's deputy clerk to set a Case Management Conference in early 2008.

DATED: _____, 2007

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE