UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAY T. MORRIS, | No. C 06-7409 SI (pr) |
|     Petitioner, | **ORDER FOR BRIEFING ON MOTION TO DISMISS** |
|     v. | |
| TONY MALFI, warden, | |
|     Respondent. | |

Respondent has moved to dismiss the first amended petition for writ of habeas corpus as untimely. The court now sets the following briefing schedule on the motion to dismiss: Petitioner must file and serve his opposition to the motion to dismiss no later than **February 9, 2008**. Respondent must file and serve his reply (if any) no later than **February 22, 2008**. The motion will be deemed submitted on the papers when the reply is filed or when the deadline to file the reply has passed. Unless the court orders otherwise, no oral hearing will be held on the motion to dismiss.

IT IS SO ORDERED.

DATED: January 8, 2008

_____
SUSAN ILLSTON
United States District Judge