1  SUZANNE A. LUBAN
   Attorney at Law
2  State Bar No.: 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Petitioner
5  TARAY T. MORRIS

6

7               UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

| TARAY T. MORRIS, | ) | Case No.: C 06-7409 |
|---|---|---|
| | ) | |
| | ) | STIPULATION AMENDING |
| Petitioner, | ) | BRIEFING SCHEDULE FOR |
| | ) | MOTION TO DISMISS |
| vs. | ) | AND PROPOSED ORDER |
| | ) | |
| TONY MALFI, Warden, et al. | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | Judge: Hon. Susan Illston |

    On December 4, 2006, Petitioner filed his initial pro per §2254 petition. On
October 29, 2008, with leave of this Court, Petitioner's appointed counsel filed an
amended petition. On December 26, 2007, Respondent filed a timely Motion to
Dismiss the First Amended §2254 Petition. The Court issued an order on January 8,
2008, setting a briefing schedule for the motion to dismiss, with petitioner's opposing
brief due February 9, 2008, and respondent's reply brief due February 22, 2008.

    Counsel for petitioner has substantially completed petitioner's brief.
However, counsel is currently awaiting records from hospitals that have treated Mr.
Morris. It is not yet known whether the records of his treatment still exist at each of
these hospitals, but the private investigator working with petitioner's counsel was

                                    1

1  somewhat delayed in locating the hospitals and requesting records from them.
2  Therefore, additional time is needed for petitioner to give the hospitals a reasonable
3  time to respond, so any relevant medical records can be submitted along with the
4  brief.  Petitioner remains incarcerated, serving the sentence imposed in the case under
5  collateral attack herein, as well as previously imposed sentence.
6       Counsel for respondent is agreeable to an order extending petitioner's time to
7  file his opposing brief by thirty days, and also seeks thirty days thereafter to file
8  respondent's reply brief.  Therefore, the parties hereby stipulate that this Court shall
9  enter an order extending the time for petitioner to file his brief to March 10, 2008,
10 and for respondent to file a reply brief to April 9, 2008.  As provided in the Court's
11 January 8, 2008 order, the motion shall be submitted for decision by this Court
12 without a hearing unless the Court directs the parties otherwise.
13     IT IS SO STIPULATED:
14
15 DATED: February 5, 2008                    /S/ Suzanne A. Luban
                                              SUZANNE A. LUBAN,
16                                            Counsel for Petitioner Morris
17
18 DATED: February 5, 2008                    /S/ Michael O'Reilley[1]
                                              MICHAEL O'REILLEY
19                                            Deputy Attorney General
                                              Counsel for Respondent
20

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

    /S/   Suzanne A. Luban
SUZANNE A. LUBAN
Counsel for Taray Morris

2

1  _____
2
3
4                                           ORDER
5
6       IT IS HEREBY ORDERED that the time for petitioner to respond to the
7  Motion to Dismiss is extended to March 10, 2008.  Respondent shall file an optional
8  reply brief by April 9, 2008.  As provided in the Court's January 8, 2008 order, the
9  motion shall be submitted for decision by this Court without a hearing unless the
10 Court directs the parties otherwise.
11
12
13 Dated: _____, 2008          _____
14                                      HON. SUSAN ILLSTON
                                        U.S. District Judge

3