IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAY T. MORRIS, | No. C 06-7409 SI |
| Petitioner, | **SCHEDULING ORDER** |
| v. | |
| TONY MALFI, Warden, *et al.*, | |
| Respondents. | |

The Court has received petitioner's status memo. The Court GRANTS petitioner's request for an extension of time to file the traverse. The traverse shall be filed no later than **November 20, 2009**. In light of the fact that the neuropsychological testing is complete and petitioner's counsel now has the report of Dr. Khazanov, the Court is not inclined to grant any further extensions.

**IT IS SO ORDERED.**

Dated: October 20, 2009

SUSAN ILLSTON
United States District Judge