IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAY T. MORRIS, | No. C 06-7409 SI |
| Petitioner, | **SCHEDULING ORDER** |
| v. | |
| TONY MALFI, Warden, *et al.*, | |
| Respondents. | |

Petitioner has filed a motion to augment the record. (Docket No. 39). Respondent shall file a response to the motion no later than December 4, 2009, and petitioner may file a reply no later than December 11, 2009. The Court will then take the motion under submission.

**IT IS SO ORDERED.**

Dated: November 13, 2009

SUSAN ILLSTON
United States District Judge