**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   TARAY T. MORRIS,                              No. C 06-7409 SI

9            Petitioner,                          **JUDGMENT**

10     v.

11  TONY MALFI, Warden, *et al.*,

12           Respondents.
                                              /
13

14       The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

15

16       **IT IS SO ORDERED AND ADJUDGED.**

17

18  Dated: June 29, 2010
                                              SUSAN ILLSTON
19                                            United States District Judge

20

21

22

23

24

25

26

27

28